# Court of Appeals
# of the State of Georgia

ATLANTA,  July 19, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0001.  TONY LAVALE PHIPPS v. STATE OF GEORGIA et al.**

Upon consideration of the Rule 40(b) motion that was filed in this Court on July 18, 2023, the motion is hereby DENIED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/19/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.